Same case below, 193 Cal. App. 4th 298, 122 Cal. Rptr. 3d 726.

**No. 11-369. Richard D. DiGuglielmo, Petitioner v. New York.**

565 U.S. 1014, 132 S. Ct. 558, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 7999.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 17 N.Y.3d 771, 929 N.Y.S.2d 74, 952 N.E.2d 1068.

**No. 11-382. Jack Palmer, Warden, Petitioner v. Rickey Dennis Cooper.**

565 U.S. 1015, 132 S. Ct. 558, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 7938.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 641 F.3d 322.

**No. 11-390. Donald C. Marro, Petitioner v. Fauquier County Board of Supervisors.**

565 U.S. 1015, 132 S. Ct. 559, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 8025.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-404. Michael J. Burns, et al., Petitioners v. Plumbers & Pipefitters National Pension Fund, et al.**

565 U.S. 1015, 132 S. Ct. 559, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 7981.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 646 F.3d 954.

**No. 11-406. Gabriel R. DiMeco, III, Petitioner v. Connecticut.**

565 U.S. 1015, 132 S. Ct. 559, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 7929.

November 7, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 128 Conn. App. 198, 15 A.3d 1204.

**No. 11-411. Del-Ray Battery Company, et al., Petitioners v. Douglas Battery Company, et al.**

565 U.S. 1015, 132 S. Ct. 559, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 8049.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 635 F.3d 725.

**No. 11-422. Neil Stierhoff, Petitioner v. United States District Court for the District of Rhode Island.**

565 U.S. 1015, 132 S. Ct. 571, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 7983.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.